

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00445-CV

**PNP PETROLEUM I, LP** and PNP Management, Inc.,
Appellants

v.

Edna Earnest **TAYLOR** and Elizabeth Earnest  Herbst.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court